IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILE GREYWOODE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:12-cv-0004-MEF |
| v. ) | (WO – Do Not Publish) |
| ) | |
| SCIENCE APPLICATIONS ) | |
| INTERNATIONAL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

In light of the Court's Memorandum Opinion and Order (Doc. #47) entered on May 9, 2013, the parties are hereby ORDERED to revise the contentions in their proposed pretrial order to reflect this Court's rulings on summary judgment and to submit these revisions to the Court no later than Tuesday, May 14, 2013.

DONE this the 9th day of May, 2013.

/s Mark E. Fuller
UNITED STATES DISTRICT JUDGE